[No. 21196-7-III. Division Three. February 25, 2003.]

THE ESTATE OF BURT W. OWENS, ET AL., *Appellants*, v. NORTHWEST ASSOCIATES, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-2-00171-0, Larry M. Kristianson, J., entered May 16, 2002. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 24932-4-II. Division Two. February 25, 2003.]

MERRILL CONTRACTORS, INC., *Appellant*, v. GST TELECOM, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-2-03191-9, James E. Rulli, J., entered August 4, 1999. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Armstrong, J., concurred in by Hunt, C.J., and Bridgewater, J.

[No. 27203-2-II. Division Two. February 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW RYAN HASTINGS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 00-1-01609-3, Robert L. Harris, J., entered April 6, 2001. *Affirmed in part* and *remanded* by unpublished opinion per Armstrong, J, concurred in by Seinfeld and Bridgewater, JJ.

[No. 27346-2-II. Division Two. February 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARGARET ANNE COMISKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-01388-2, Jay B. Roof, J., entered May 4, 2001. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, C.J., and Armstrong, J.